# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149580

MATTHEW COLE,
        Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149580
COA: 313824
Macomb CC: 2012-000263-NO

_____/

On order of the Court, the application for leave to appeal the May 22, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REMAND this case to the Macomb Circuit Court for entry of an order granting summary disposition to the defendant. The Court of Appeals erred by affirming the circuit court's determination that the hazard that caused the plaintiff's slip and fall was not an open and obvious danger that an average user of ordinary intelligence would discover on casual inspection. *Hoffner v Lanctoe,* 492 Mich 450, 461 (2012). Here, the so-called "black ice" was detected by four other witnesses who viewed the premises after the plaintiff's accident. There were several patches of ice evident in the area where the plaintiff fell. In addition, there were numerous indicia of a potentially hazardous condition being present, *Janson v Sajewski Funeral Home, Inc,* 486 Mich 934 (2010), including seven inches of snow on the ground, some precipitation the previous day, and a recent thaw followed by consistent temperatures below freezing. A reasonably prudent person would foresee the danger of icy conditions on the mid-winter night the plaintiff's accident occurred. In light of the open and obvious nature of the hazard in this case, we do not consider the defendant's arguments regarding the applicability of MCL 600.2955a.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

t1015